JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>HOMESTATE HOSPITALITIES, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>       Defendants. | Case No.: 2:21-cv-06455-VAP-E<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:   August 10, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: March 28, 2022          By: _/s/ Virginia A. Phillips_
                                                   Hon. Virginia Phillips
                                                   United States District Court Judge